```
1  GARMAN TURNER GORDON LLP
   ERIC R. OLSEN (Nevada Bar No. 3127)
2  Email: eolsen@gtg.legal
   JARED M. SECHRIST (Nevada Bar No. 10439)
3  Email: jsechrist@gtg.legal
   7251 Amigo Street, Suite 210
4  Las Vegas, NV 89119
   Tel: (725) 777-3000
5  Fax: (725) 777-3112

6  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IGT, a Nevada corporation; and ACRES GAMING INCORPORATED, a Nevada corporation<br><br>Plaintiffs,<br><br>v.<br><br>JOHN F. ACRES, an individual,<br><br>Defendant. | Case No. 2:22-CV-02134-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1. Defendant John F. Acres ("Acres") by and through his counsel of record, Garman Turner Gordon LLP, and Plaintiffs IGT, and ACRES GAMING INCORPORATED (collectively "Plaintiffs"), by and through their counsel of record Rice Reuther Sullivan & Carroll, LLP, hereby stipulate and agree as follows:

2. Plaintiffs served the Complaint in this matter on Acres on December 22, 2022;

3. Defendant removed this matter from state court to federal court on December 22, 2022;

4. The deadline for Acres to answer or otherwise respond to the Complaint is currently January 13, 2023;

/ / /

/ / /

/ / /

/ / /

5. The parties hereby stipulate and agree that the deadline for Acres to answer or otherwise respond to the Complaint shall be extended to February 13, 2023.

| GARMAN TURNER GORDON LLP | RICE REUTHER SULLIVAN & CARROLL, LLP |
|---|---|
| /s/ Eric R. Olsen<br>Eric R. Olsen (#3127)<br>Jared M. Sechrist (#10439)<br>7251 Amigo Street, Ste 210<br>Las Vegas, NV 89119<br>*Attorneys for Defendant* | /s/ Anthony J DiRaimondo<br>David A. Carroll (#7643)<br>Anthony J. DiRaimondo (#10875)<br>Robert E. Opdyke (#12841)<br>3800 Howard Hughes Pkwy., Ste 200<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiffs* |

Respectfully submitted:

**GARMAN TURNER GORDON LLP**

/s/ Eric R. Olsen
Eric R. Olsen (#3127)
Jared M. Sechrist (#10439)
7251 Amigo Street, Ste 210
Las Vegas, NV 89119
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 10, 2023

- 2 -