David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Plaintiffs IGT and Acres Gaming Incorporated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IGT, a Nevada corporation; and ACRES GAMING INCORPORATED, a Nevada corporation,<br><br>Plaintiffs,<br>v.<br>JOHN F. ACRES, an individual; DOES I through X, inclusive; and ROE ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No. 2:22-CV-02134-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR (1) IGT AND ACRES GAMING INC. TO FILE THEIR REPLY TO MOTION TO REMAND (FIRST REQUEST) AND (2) JOHN F. ACRES TO RESPOND TO THE COMPLAINT (SECOND REQUEST)** |

Pursuant to LR IA 6-1, the undersigned Parties, by and through their respective undersigned attorneys of record, hereby stipulate to extend the deadline for Plaintiffs to file a reply in support of the Motion to Remand (First Request), which was filed on January 20, 2023 (ECF No. 10), and the deadline for Defendant to answer or otherwise respond to the Complaint (Second Request).

1. On December 22, 2022, Defendant removed this action (ECF No. 1).

2. Pursuant to Stipulation and Order, entered January 10, 2023 (ECF No. 6), Defendant's deadline to answer or otherwise respond to the Complaint was extended by thirty (30) days and is currently due February 13, 2023. It is agreed that Defendant shall have an additional extension, up to and including **February 20, 2023**, to answer or otherwise respond to the Complaint.

1

3. On January 20, 2023, Plaintiffs filed their Motion to Remand (ECF No. 10). Defendant filed its response on February 3, 2023 (ECF No. 14). Plaintiffs' reply brief is currently due on February 10, 2023. It is agreed that Plaintiffs shall have additional time, up to and including **February 17, 2023**, to file their reply in support of the Motion to Remand.

4. There is good cause to permit the foregoing extensions and they are not sought for any improper purpose or to create delay. The extensions are requested to accommodate attorney travel schedules and commitments in other matters.

Respectfully submitted,

Dated: February 6, 2023          RICE REUTHER SULLIVAN & CARROLL, LLP

BY: */s/* Anthony J. DiRaimondo
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
Robert E. Opdyke, Esq. (NSB #12841)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs IGT and Acres Gaming Incorporated*

Dated: February 6, 2023          GARMAN TURNER GORDON LLP

BY: */s/* Eric R. Olsen
Eric R. Olsen, Esq. (NSB #3127)
Jared M. Sechrist, Esq. (NSB #10439)
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
*Attorneys for Defendant John F. Acres*

### ORDER

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 10th day of February, 2023.

2