**GARMAN TURNER GORDON LLP**
ERIC R. OLSEN (Nevada Bar No. 3127)
Email: eolsen@gtg.legal
JARED M. SECHRIST (Nevada Bar No. 10439)
Email: jsechrist@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Tel: (725) 777-3000
Fax: (725) 777-3112
*Attorneys for Defendant John F. Acres*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IGT, a Nevada corporation; and ACRES GAMING INCORPORATED, a Nevada corporation<br><br>Plaintiffs,<br><br>v.<br><br>JOHN F. ACRES, an individual; DOES I through X, inclusive; and ROE ENTITIES XI through XX, inclusive,<br><br>Defendant. | Case No. 2:22-CV-02134-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONDING TO ECF NOS. 26, 27, AND 28**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Defendant John F. Acres ("Acres"), through his counsel, Garman Turner Gordon LLP, and Plaintiffs IGT, and ACRES GAMING INCORPORATED (collectively "Plaintiffs"), through their counsel, Rice Reuther Sullivan & Carroll, LLP, stipulate and agree as follows:

1. Plaintiffs filed and served their Motion to Dismiss Counterclaims [ECF No. 26] on March 14, 2023 through the CM/ECF system.

2. Plaintiffs also filed and served their Motion to Strike Affirmative Defenses [ECF No. 27] on March 14, 2023 through the CM/ECF system.

3. Defendant filed and served his Motion for Judgment on the Pleadings [ECF No. 28] on March 21, 2023 through the CM/ECF system.

4. Accordingly, the current deadline for Defendant Acres to respond to both ECF

Garman Turner Gordon LLP
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

No. 26 and ECF No. 27 is March 28, 2023.

5. And the current deadline for Plaintiffs to respond to ECF No. 28 is April 4, 2023.

6. Due to an unavoidable scheduling conflict, Defendant's counsel requested an additional week to respond to ECF Nos. 26 and 27, making responses due on April 4, 2023. Plaintiffs' counsel has agreed to this request on the condition that a reciprocal extension of an additional week be given to Plaintiffs to respond to ECF No. 28. Defendant agreed.

7. The parties stipulate and agree that the deadline for Acres to respond to ECF Nos. 26 and 27 shall be extended to April 4, 2023.

8. The parties further stipulate and agree that the deadline for Plaintiffs to respond to ECF No. 28 shall be extended to April 11, 2023.

9. There is good cause to permit the foregoing extensions and they are not sought for any improper purpose or to create delay. The extensions are requested to accommodate attorney courtroom schedules and commitments in other matters.

| Dated: March 27, 2023<br>**GARMAN TURNER GORDON LLP**<br><br>*/s/ Eric R. Olsen*<br>Eric R. Olsen (#3127)<br>Jared M. Sechrist (#10439)<br>7251 Amigo Street, Ste 210<br>Las Vegas, NV 89119<br>*Attorneys for Defendant* | Dated: March 27, 2023<br>**RICE REUTHER SULLIVAN & CARROLL, LLP**<br><br>*/s/ Anthony J. DiRaimondo*<br>David A. Carroll (#7643)<br>Anthony J. DiRaimondo (#10875)<br>Robert E. Opdyke (#12841)<br>3800 Howard Hughes Pkwy., Ste 200<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiffs* |

**ORDER**
IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  March  27,  2023

4868-9538-2105, v. 1