David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
Robert E. Opdyke, Esq. (NSB #12841)
ropdyke@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Plaintiffs IGT and Acres Gaming Incorporated*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IGT, a Nevada corporation; and ACRES GAMING INCORPORATED, a Nevada corporation,<br><br>Plaintiffs,<br>v.<br>JOHN F. ACRES, an individual; DOES I through X, inclusive; and ROE ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No. 2:22-CV-02134-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME AND CONSOLIDATE BRIEFING SCHEDULES WITH RESPECT TO ECF NOS. 26, 27, 28, AND 31**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Defendant John F. Acres ("Acres"), through his counsel, Garman Turner Gordon LLP, and Plaintiffs IGT, and ACRES GAMING INCORPORATED (collectively "Plaintiffs"), through their counsel, Rice Reuther Sullivan & Carroll, LLP, stipulate and agree as follows:

1. Plaintiffs filed and served their Motion to Dismiss Counterclaims [ECF No. 26] on March 14, 2023 through the CM/ECF system.

2. Plaintiffs also filed and served their Motion to Strike Affirmative Defenses [ECF No. 27] on March 14, 2023 through the CM/ECF system.

3. Defendant filed and served his Motion for Judgment on the Pleadings [ECF No. 28] on March 21, 2023 through the CM/ECF system.

1

1  4. Defendant filed and served his Motion for Order to Stay of Discovery Pending
2  Decisions on Various Matters [ECF No. 31] on March 27, 2023 through the CM/ECF system.

3  5. Pursuant to a Stipulation and Order [ECF No. 30] the current deadline for Defendant
4  Acres to respond to both ECF Nos. 26 and 27 is April 4, 2023.

5  6. Also pursuant to that Stipulation and Order [ECF No. 30] the current deadline for
6  Plaintiffs to respond to ECF No. 28 and 27 is April 11, 2023.

7  7. The current deadline for Plaintiffs to respond to ECF No. 31 is April 10, 2023.

8  8. Due to scheduling conflicts, and in an effort to consolidate and set a briefing
9  schedule for these motions, Plaintiffs' counsel requested that all responses to these motions be filed
10 by April 12, 2023, and all replies in support of these motions be filed by April 21, 2023.
11 Defendant's counsel has agreed to this request.

12 9. The parties stipulate and agree that the deadline for Defendant Acres to respond to
13 ECF Nos. 26 and 27 shall be extended to April 12, 2023.

14 10. The parties further stipulate and agree that the deadline for Plaintiffs to respond to
15 ECF Nos. 28 and 31 shall be extended to April 12, 2023.

16 11. The parties further stipulate and agree that the deadline for Defendant Acres to file
17 replies in support of ECF Nos. 28 and 31 shall be set for April 21, 2023.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2

12. The parties further stipulate and agree that the deadline for Plaintiffs to file replies in support of ECF Nos. 26 and 27 shall be set for April 21, 2023.

13. There is good cause to permit the foregoing extensions and they are not sought for any improper purpose or to create delay. The extensions are requested to accommodate attorney schedules and commitments in other matters, and to promote efficiency by consolidating briefing schedules on these pending motions.

Respectfully submitted,

Dated: April 3, 2023                                  RICE REUTHER SULLIVAN & CARROLL, LLP

BY: /s/ Robert E. Opdyke
David A. Carroll, Esq. (NSB #7643)
Anthony J. DiRaimondo, Esq. (NSB #10875)
Robert E. Opdyke, Esq. (NSB #12841)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
*Attorneys for Plaintiffs IGT and Acres Gaming Incorporated*

Dated: April 3, 2023                                  GARMAN TURNER GORDON LLP

BY: /s/ Jared M. Sechrist
Eric R. Olsen, Esq. (NSB #3127)
Jared M. Sechrist, Esq. (NSB #10439)
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
*Attorneys for Defendant John F. Acres*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 4th day of April, 2023.