# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IGT, A Nevada corporation; and ACRES GAMING INCORPORATED, a Nevada corporation

Plaintiff(s),

vs.

JOHN F. ACRES, an individual; DOES I through X Inclusive

Defendant(s).

Case # 2:220cv-02134-RFB-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Jerry A. Riedinger
_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of Perkin Coie LLP
_____
(firm name)

with offices at 1201 Third Avenue, Suite 4900 ,
_____
(street address)

Seattle , Washington , 98101 ,
(city)         (state)        (zip code)

206.359.8000 ; JRiedinger@perkinscoie.com .
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by John F. Acres _____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **June 4, 1996** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Washington** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Supreme Court | 08/13/1986 | N/A |
| U.S.C.A. Federal Circuit | 04/27/1983 | N/A |
| U.S.C.A. 9th Circuit | 06/18/2002 | N/A |
| Supreme Court of Illinois | 05/03/1982 | 6182194 |
| Supreme Court of Washington | 06/04/1996 | 25828 |
| U.S.D.C. Northern Illinois | 06/23/1982 | N/A |
| U.S.D.C. Western Washington | 06/22/1996 | N/A |
| U.S.D.C. Eastern Washington | 08/26/1996 | N/A |
| U.S.D.C. Eastern Wisconsin | 06/28/1991 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None.

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
Washington State Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 11/08/2021 | Acres v International Game Technology | USDC | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF WASHINGTON )
COUNTY OF KING )

Jerry A. Riedinger, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

25th day of May, 2023.

_____
Notary Public or Clerk of Court

[Notary seal: JOEY M. ROBINSON, COMMISSION EXPIRES, NOTARY PUBLIC, 20105065, 4-29-24, STATE OF WASHINGTON]

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ERIC R. OLSEN, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

7251 Amigo St., Suite 210
_____
(street address)

Las Vegas, Nevada, 89119
(city)   (state)   (zip code)

725.777.3000    EOlsen@GTG.Legal
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Eric R. Olsen_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
John F. Acres, Defendant/Counterclaimant
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Eric R. Olsen
_____
Designated Resident Nevada Counsel's signature
3127                             eolsen@gtg.legal
Bar number                       Email address

APPROVED:

DATED this 29th day of May, 2023.


_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 25828 |
| OF | ) | **CERTIFICATE** |
| JERRY A. RIEDINGER | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**JERRY A. RIEDINGER**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 4, 1996, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 25th day of May, 2023.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court

# CERTIFICATE OF GOOD STANDING



*United States of America*

*Northern District of Illinois*

}ss. Jerry Allen Riedinger

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Jerry Allen Riedinger was duly admitted to practice in said Court on (06/23/1982) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/25/2023 )

Thomas G. Bruton , Clerk,

By:  Sarah Bouchard
        Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ SARAH BOUCHARD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
May 25, 2023